**CITY OF WELLSTON, et al., Respondents,**

v.

**Linda WHITFIELD, Appellant.**

**No. ED 102043**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: July 7, 2015

Donnell Smith, 4625 Lindell Blvd., St. Louis, MO 63108, for appellant.

Wesley Bell, 1015 Locust Street, Ste. 413, St. Louis, MO 63101, for respondents.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

#### PER CURIAM

Linda Whitfield appeals from the circuit court's ruling that she was barred from serving as mayor of the City of Wellston and from ever again holding that office, pursuant to Section 2–132.3 of the City of Wellston Code of Ordinances, due to the fact that she had been impeached from that office. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(1) & (5).